IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA BROWN<br><br>    *Plaintiff,*<br><br>v.<br><br>COMMUNITY COLLEGE OF PHILADELPHIA,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 24–615 |

# <u>ORDER</u>

**AND NOW**, this 29th day of July 2024, upon consideration of Community College of Philadelphia's Motion to Dismiss (ECF No. 7), Tanya Brown's Response (ECF No. 13), the College's Reply (ECF No. 16), and all other relevant documents, it is hereby **ORDERED** that the Motion is **GRANTED** and Counts II and V of Brown's Complaint are **DISMISSED** without prejudice.  Brown may amend her complaint, consistent with the Court's Memorandum, **on or before August 20, 2024**.

                BY THE COURT:

                ***/s/ Gerald J. Pappert***

                Gerald J. Pappert, J.